IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN ANDERSON                                                                    PLAINTIFF

v.                                    No. 3:19-cv-255-DPM

CITY OF WEST MEMPHIS, *et al.*                                          DEFENDANTS

## ORDER

Motion, *Doc. 44*, granted as modified. Please replace paragraph 8 as noted on the attachment and submit the Order to chambers for signature. The Court appreciates the excellent draft.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 September 2020

5. All "Confidential" information and copies of "Confidential" information shall be returned and surrendered to the producing party or person upon the conclusion of this case, which shall be construed as 30 days following the entry of a final, non-appealable order disposing of the case. Alternatively, the party, person, or Southland in possession of "Confidential" information may destroy all such information and certify that such destruction has taken place.

6. This Order shall remain in effect for one year after this case ends, including any appeal. Thereafter, the obligations imposed shall continue, but shall be solely a matter of contract between the parties.

7. The person or party in possession of "Confidential" information shall not remove the confidential watermark or confidentiality legend from any material designated as "Confidential" or in any way alter such information. Any such removal or alteration shall be deemed to be an express violation of this order.

8. ~~The parties and, if applicable, Southland shall negotiate in good faith prior to making any motion relating to any violation or alleged violation of this Order.~~ Any dispute about any alleged violation of this Order shall be handled by following the procedure for Discovery Disputes set out in the Final Scheduling Order (Docket #9).

9. This Order is entered solely for the purpose of facilitating the exchange of documents and information between the parties to this action and Southland without unnecessarily involving the Court in the process. Nothing in this Order nor the production of any information or document under the terms of this Order nor any proceedings pursuant to this Order shall be deemed to be an admission or waiver by either party or Southland, to be an alternation of the confidentiality or nonconfidentiality of any such document or information, or to be an alteration of any existing obligation of any party or Southland or the absence of any such obligation.

5