IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN ANDERSON                                                                           PLAINTIFF

v.                               No. 3:19-cv-255-DPM

CITY OF WEST MEMPHIS; MARCO
McCLENDON, Mayor, in his official capacity;
E. C. WEST, Chief, in his official capacity;
LARTERRIOUS JOHNSON, Officer,
individually and in his official capacity;
SOUTHLAND RACING CORPORATION;
and PHAISON BOSTON, Security Manager,
Individually and as an agent of behalf of
Southland Casino Racing                                                              DEFENDANTS

## JUDGMENT

Anderson's federal claims against the City of West Memphis, McClendon, West, and Johnson are dismissed with prejudice. His claims against Southland Racing Corporation and Boston, and his assault and battery claim against Johnson, are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 March 2022